IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| STEAMFITTERS & PLUMBERS LOCAL UNION 464, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>SOUTHWEST COMFORT, INC.,<br><br>Defendant. | 8:20CV511<br><br>ORDER TO SHOW CAUSE |

This matter comes before the court after a review of the court file and pursuant to NECivR 41.2, which states in relevant part: "At any time, a case not being prosecuted with reasonable diligence may be dismissed for lack of prosecution."

The plaintiffs commenced this action on December 15, 2020. (Filing No. 1). On December 18, 2020, the plaintiffs filed proof of service purporting to have served the defendant's registered agent on December 17, 2020. (Filing No. 6). The defendant filed no responsive pleading and on January 21, 2021, the Clerk of Court entered default against the defendant pursuant to Federal Rule of Civil Procedure 55(a) and NECivR 55.1(a). (Filing No. 8). The plaintiffs have taken no further action and have a duty to prosecute their case. Under the circumstances, the plaintiffs must make a showing of good cause for failure to prosecute or this action will be dismissed. Accordingly,

**IT IS ORDERED:** On or before **April 19, 2021**, the plaintiffs must show cause why this case should not be dismissed for failure to prosecute, or take some other appropriate action.

Dated this 1st day of April, 2021.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge