IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| STEAMFITTERS & PLUMBERS LOCAL UNION 464, *et al.* ) ) Plaintiffs, ) ) v. ) ) SOUTHWEST COMFORT, INC. ) ) Defendant. ) ) | Case No: 8:20-cv-511 |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiffs, by and through their counsel of record, hereby voluntarily dismiss the above-captioned action under Federal Rule of Civil Procedure 41(a)(1)(A)(i). This action is dismissed with prejudice. Plaintiffs state that this Notice of Dismissal is filed before the opposing party served an answer or a motion for summary judgment.

Respectfully submitted,

**Blake & Uhlig, P.A.**
753 State Ave., Suite 475
Kansas City, Kansas 66101
(913) 321-8884 - Phone
(913) 321-2396 – Fax

By: /s/ Frederick Zarate
Frederick Zarate
NE Bar No. 26680

**ATTORNEYS FOR PLAINTIFFS**

1

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on the 4th day of May, 2021, the foregoing was electronically filed with the clerk of the court by using the CM/ECF system.  I further certify that the foregoing was sent by first-class mail to the non-CM/ECF participant, addressed as follows:

Southwest Comfort, Inc.
Attn:   Thomas R. Smith
12085 Elmwood Drive
Bennington, Nebraska 68007.

                                              /s/ Frederick Zarate